IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR MARION COUNTY, FLORIDA

METRY KELLY and
EUGENIE KELLY, his wife,

CASE NO.: 09-636-CA-G

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
a foreign insurance corporation,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**COMES NOW**, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through undersigned counsel, and pursuant to Florida Rule of Civil Procedure 1.510(b), moves this Court for entry of Summary Judgment in its favor on the Plaintiff's claim that stackable uninsured motorist coverage is available for the subject accident as alleged in Plaintiffs' Amended Complaint, Counts 3 and 4. As grounds therefore, the Defendant states the following:

1. There is no genuine issue as to any material fact and the Defendant is entitled to a Judgment as a matter of law.

2. The undisputed material facts are as follows:

    a. The Plaintiffs' Complaint states that the Plaintiff, Metry Kelly, was involved in a motor vehicle accident on September 24, 2008 while operating a vehicle which he owned.

    b. The vehicle owned and operated by the Plaintiff, Metry Kelly, was a 2000 GMC pick-up truck (See Plaintiff's interrogatory answer number

8, attached as Exhibit "A".)

c. Plaintiffs' Complaint states that the 2000 GMC pick-up truck which was owned and operated by Plaintiff, Metry Kelly, was insured under State Farm Mutual Automobile Insurance Company's policy number 1590586-D11-59B. (See Declarations Page attached as Exhibit A to Plaintiffs' Complaint, attached here as Exhibit "B".)

d. On September 24, 2008, the Plaintiffs also had in effect State Farm Mutual Automobile Insurance Company policy number 37 1547-A03-19 insuring a 1973 Chevrolet Corvette (policy attached as Exhibit "C".)

e. The Plaintiffs allege in Count 3 and 4 of their Amendment to Complaint that they have stackable uninsured motorist coverage under policy number 37 1547-A03-19.

f. The Plaintiff, Metry Kelly, was not operating the 1973 Chevrolet Corvette at the time of the subject accident.

g. State Farm Mutual Insurance Company policy number 37 1547-A03-19 states that a insured is not entitled to uninsured motorist coverage while occupying a motor vehicle owned by that insured if it is not insured for uninsured motorist coverage under that policy. (See policy page 16, attached as Exhibit "D".)

h. The motor vehicle owned and operated by Plaintiff, Metry Kelly, at the time of the subject accident, (2000 GMC pick-up) was not insured under policy number 37 1547-A03-19.

I. Further, State Farm Mutual Automobile Insurance Company policy number 37 1547-A03-19 states that if uninsured motorist coverage for

bodily injury is available to an insured from more than one State Farm policy, the coverage under policy 37 1547-A03-19 only applies if the insured sustained bodily injury while occupying the vehicle listed on the policy (the 1973 Chevrolet Corvette), while not occupying a motor vehicle, or while occupying a vehicle not owned or leased by the insured. (See policy page 16 attached as Exhibit "E".)

j. None of these contingencies apply to the subject accident.

WHEREFORE, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, moves this Court for entry of its judgment as a matter of law that the Plaintiffs are not entitled to stackable uninsured motorist coverage for the subject accident under State Farm Mutual Automobile Insurance Company policy number 37 1547-A03-19 as alleged in Counts 3 and 4 of Plaintiffs' Amendment to Complaint.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **John H. Piccin, Esquire**, Piccin Law Firm, P.O. Box 159, Ocala, FL 34478-0159 by United States Mail this 11th day of September, 2009.

Respectfully submitted,

BY: **MICHAEL S. DONSKY, ESQUIRE**
Florida Bar Number: 353523
**BIRDER & DONSKY LAW OFFICES, P.A.**
Silverleaf Office Park
6224 N. W. 43rd Street, Suite B
Gainesville, Florida 32653
(352) 331-3333 Phone
(352) 332-7519 Fax
Attorney for Defendant