UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY,
his wife, and all others similarly situated,

    Plaintiffs,

Case No. 510-CV-194-OC-32GRJ

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
insurance corporation,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*, AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendant State Farm Mutual Automobile Insurance Company ("STATE FARM"), by and through the undersigned counsel, moves this Court for and order allowing Cari K. Dawson, Esq., Kyle G. A. Wallace, Esq., and Allison S. Thompson, Esq., to appear *Pro Hac Vice* as counsel for Defendant STATE FARM in the present action. In support of this motion, Defendant STATE FARM states as follows:

1. Ms. Dawson, Mr. Wallace, Ms. Thompson and their law firm, Alston & Bird LLP have been retained to represent Defendant STATE FARM as counsel in all proceedings conducted in the present matter.

2. Ms. Dawson, Mr. Wallace, and Ms. Thompson work in the Atlanta office of Alston & Bird LLP, located at 1201 West Peachtree Street, Atlanta, Georgia 30309.

3. Ms. Dawson, Mr. Wallace, and Ms. Thompson are members in good standing before the bars of the State of Georgia and the United States District Courts for the Northern and Middle Districts of Georgia.

4. Ms. Dawson, Mr. Wallace, and Ms. Thompson are familiar with the Local Rules, United States District Court for the Middle District of Florida, in general, including Rule 2.04 thereof in particular.

5. Ms. Dawson, Mr. Wallace, and Ms. Thompson have complied with requirements of Local Rules 2.02(a) and 2.01(d) by mailing the Special Admission Attorney Certificates, thereby registering with the Clerk of Court, and submitting the periodic fee as set forth by administrative order. Upon being accepted to appear *Pro Hac Vice* in the above-captioned matter, Ms. Dawson, Mr. Wallace, and Ms. Thompson shall complete such registration with the Clerk of Court through CM/ECF electronic filing system.

6. Ms. Dawson, Mr. Wallace, and Ms. Thompson designate John W. Weihmuller and Brian D. Webb of the law firm of Butler Pappas Weihmuller Katz Craig LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa, Florida 33602, co-counsel in this action, as the attorneys and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in the event of the default of the non-resident attorneys, pursuant to Local Rule 2.02.

Through their signatures set forth below, Mr. Weihmuller and Mr. Webb hereby consent to such designation.

7. This motion is submitted on behalf of Ms. Dawson, Mr. Wallace, and Ms. Thompson by the undersigned counsel, Mr. Weihmuller and Mr. Webb, who are local counsel for Defendant STATE FARM and who are residents of Florida and members in good standing of the bar of United States District Court for the Middle District of Florida.

WHEREFORE, Defendant STATE FARM respectfully requests this Court to enter an order admitting Cari K. Dawson, Esq., Kyle G. A. Wallace, Esq., and Allison S. Thompson, Esq., to practice before this Court Pro Hac Vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court for the Middle District of Florida, the undersigned has conferred with opposing counsel and opposing counsel has no objection to this motion.

## MEMORANDUM OF LAW

This Motion for Admission Pro Hac Vice and Written Designation and Consent to Act submitted by the undersigned counsel on behalf of STATE FARM should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP

*/s/ John W. Weihmuller*
JOHN W. WEIHMULLER, ESQ.
Florida Bar No.: 0442577
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
jweihmuller@butlerpappas.com

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP


*/s/ Brian D. Webb*
BRIAN D. WEBB, ESQ.
Florida Bar No: 0073989
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
bwebb@butlerpappas.com
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

Of Counsel:

Cari K. Dawson (*pro hac vice* admission pending)
cari.dawson@alston.com
Kyle G.A. Wallace (*pro hac vice* admission pending)
kyle.wallace@alston.com
Allison S. Thompson (*pro hac vice* admission pending)
allison.thompson@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309

4

(404) 881-7000
(404) 881-7777 (*Facsimile*)
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I certify I presented the foregoing to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John H. Piccin, Esq.
jp@piccinlawfirm.com
Piccin & Glynn
Post Office Box 159
Ocala, FL 34478-0159

Paul S. Rothstein, Esq.
paul.s.rothstein@att.biz
626 Northeast First Street
Gainesville, FL 32601

May 19, 2010.

/s/ *Brian D. Webb*
BRIAN D. WEBB, ESQ.

5