UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, )
his wife, and all others similarly situated, )
                                                  )
              Plaintiffs, )   Case No.: 5:10-CV-194-OC-32GRJ
                                                  )
v. )
                                                  )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a foreign )
insurance corporation, )
                                                  )
              Defendant. )
_____)

**PLAINTIFFS' UNOPPOSED MOTION TO STAY DETERMINATION
OF DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Metry Kelly and Eugenie Kelly, for themselves and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move this Court for an order staying the determination of Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss, for a More Definite Statement and/or to Strike Plaintiffs' Claims Under Fed. R. Civ. P. 12 ("Motion to Dismiss") pending the determination of whether this action should be remanded to state court, and in support thereof, states:

1. On May 7, 2010 Defendant removed this action to this Court from the Circuit Court of the Fifth Judicial Circuit of Marion County, Florida.

2. As stated in Defendant State Farm Mutual Automobile Insurance Company's Notice of Removal, filed with this Court on May 7, 2010, Defendant removed this action based on the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. 1332(d). Pursuant to 28 U.S.C. § 1447(c), Plaintiff has 30 days in which to file a motion for remand.

3. Plaintiff intends to file a motion for remand to state court in this Court on or before June 7, 2010, pursuant to 28 U.S.C. § 1447(c).

4. Defendant filed its Motion to Dismiss on May 14, 2010. Pursuant to this Court's Local Rule 3.01, Plaintiff must respond to Defendant's Motion to Dismiss within fourteen days of its filing, or on May 28, 2010.

5. To rule on Defendant's Motion to Dismiss, which may dispose of the case substantively, even before the end of the time period which Plaintiffs have to file their motion for remand, which will determine in which court this action will proceed, would be detrimental to judicial efficiency.

6. Defendants have stated that they are not opposed to this motion.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that this Court enter an order:

(a) Staying determination of Defendant's Motion to Dismiss until after this Court determines Plaintiffs' forthcoming motion for remand to state court, which Plaintiffs intend to file on or before June 7, 2010;

(b) Providing that if Plaintiffs' motion for remand is denied, that Plaintiffs shall have fourteen (14) days after the date the Court denies Plaintiffs' motion for remand to respond to Defendant's Motion to Dismiss.

Respectfully submitted this 25th day of May, 2010.

      /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

## CERTIFICATE OF SERVICE

      I certify I presented the foregoing to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John W Weihmuller
weihmuller@butlerpappas.com
Brian D. Webb
bwebb@butlerpappas.com
Butler Pappas, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602-5723
813/281-1900
813/281-0900 (fax)


Kyle G.A. Wallace
kyle.wallace@alston.com
Allison S. Thompson
allison.thompson@alston.com
Alston & Bird, LLP
Suite 4200
1201 W Peachtree St NE
Atlanta, GA 30309-3424
404/881-7000
404/881-7777 (fax)

Cari K. Dawson
cari.dawson@alston.com
Alston & Bird, LLP*
1201 W Peachtree St
Atlanta, GA 30309-3424
404/881-7766
404/881-7777 (fax)

      This 25th day of May, 2010.


                                              /s/ Paul S. Rothstein
                                        PAUL S. ROTHSTEIN