**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

METRY KELLY, et al.,

        Plaintiffs,

vs.                                          Case No. 5:10-cv-194-J-32GRJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, etc.,

        Defendant.

## ORDER

Upon review of the file, it is hereby

**ORDERED**:

1. Plaintiffs' Unopposed Motion to Stay Determination of Defendant's Motion to Dismiss (Doc. 17) is **GRANTED**; plaintiff need not file a response to defendant's Motion to Dismiss (Doc. 13) until further Order.

2. The Telephone Status Conference and Preliminary Pretrial Conference previously set for June 22, 2010 (Doc. 16) is **CANCELLED**; the Court will reset that hearing as appropriate following decision on the forthcoming motion to remand.

3. The parties need not comply with their Local Rule 3.05 case management obligations until further Order.

4. The pending motions for partial summary judgment (Docs. 6 & 9), which appear to have been carried with the case from state court, shall be **terminated** by the Clerk. If this case remains in federal court following resolution of the motion to remand, the

parties may refile those motions, provided they are filed in compliance with Local Rule 4.02(c) and 3.01(a).

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of May, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record