UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, <br><br> Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**DEFENDANT STATE FARM'S NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY**

COMES NOW Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), and respectfully notifies this Court that it does not consent to Plaintiffs' Motion for Jurisdiction Discovery, Doc. No. 21, filed with this Court on June 18, 2010, and that State Farm intends to file a brief in opposition to this motion consistent with Local Rule 3.01, on or before July 6, 2010.[1]

Respectfully submitted this 23rd day of June, 2010.

 */s/ Allison S. Thompson*
CARI K. DAWSON (admitted *pro hac vice*)
cari.dawson@alston.com
KYLE G. A. WALLACE (admitted *pro hac vice*)
kyle.wallace@alston.com
ALLISON S. THOMPSON (admitted *pro hac vice*)
allison.thompson@alston.com

---

[1] This deadline has been calculated based on Local Rule 3.01 providing that responses to motions are due "14 days after service," then adding three days for service pursuant to Fed. R. Civ. P 6(d). Since Monday, July 5, 2010 (17 days after filing) is a legal holiday, the due date is the next day, Tuesday, July 6, 2010.

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
(404) 881-7777 (*Facsimile*)

JOHN W. WEIHMULLER, ESQ.
Florida Bar No. 0442577
jweihmuller@butlerpappas.com
BRIAN D. WEBB, ESQ.
Florida Bar No. 0073989
bwebb@butlerpappas.com

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (*Facsimile*)

*Attorneys for Defendant State Farm*
*Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>　　　　Defendant. | Case No. 5:10-CV-194-OC-32GRJ |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **NOTICE OF INTENT TO OPPOSE PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

　　　　John Piccin, Esq.
　　　　jp@piccinlawfirm.com
　　　　Piccin Law Firm
　　　　Post Office Box 159
　　　　Ocala, FL 34478

　　　　Paul S. Rothstein, Esq.
　　　　paul.s.rothstein@att.biz
　　　　626 N.E. First St.
　　　　Gainesville, FL 32601

This 23rd day of June, 2010.

　　　　　　　　　　　　　　　　 */s/ Allison S. Thompson*
　　　　　　　　　　　　　　　　ALLISON S. THOMPSON, ESQ.