**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

METRY KELLY, et al.,

          Plaintiffs,

vs.                              Case No. 5:10-cv-194-Oc-32GRJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, etc.,

          Defendant.

_____

## ORDER OF REFERRAL

In accordance with 28 U.S.C. §636(b) and Local Rule 6.01(b), Plaintiffs' Motion to Remand

(Doc. 19) is hereby **REFERRED** to the assigned United States Magistrate Judge for a report and

recommendation regarding an appropriate resolution of the motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of July, 2010.

 

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:

Honorable Gary R. Jones
United States Magistrate Judge

Counsel of Record