**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

METRY KELLY, et al.,

        Plaintiffs,

vs.                                                          Case No. 5:10-cv-194-Oc-32TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

## ORDER

This case is before the Court on plaintiffs' Motion to Remand and Motion for Jurisdictional Discovery and defendant's response thereto. The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that plaintiffs' Motion to Remand and Motion for Jurisdictional Discovery be denied. As of today's date, no objections have been filed to the Report and Recommendation and the time to object has passed.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 26), the Court finds the Report and Recommendation should be adopted as the opinion of the Court. Accordingly, it is hereby

**ORDERED**:

    1.    The Report and Recommendation (Doc. 26) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

    2.    Plaintiffs' Motion to Remand (Doc. 19) and Motion for Jurisdictional Discovery

(Doc. 21) are **DENIED**.

      3.    No later than **November 30, 2010**, plaintiffs shall file their response to defendant's Motion to Dismiss (Doc. 13).

      4.    The parties shall file their Case Management Report no later than **December 15, 2010**.  The form is attached for convenience.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of November, 2010.

```
_____
TIMOTHY J. CORRIGAN
United States District Judge
```

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record

attachments: Case Management Report form