**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

METRY KELLY, et al.,

        Plaintiffs,

vs.                                          Case No. 5:10-cv-194-Oc-32TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, etc.,

        Defendant.

## ORDER

Upon review of the file, it is hereby

**ORDERED**:

1. Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Second Amended Class Action Complaint (Doc. 29) is **GRANTED**. Plaintiffs shall file and serve a second amended complaint that conforms to the copy attached to the motion (except that plaintiffs shall take care to ensure that the attachments are legible) no later than **December 23, 2010**. With the imminent filing of the Second Amended Complaint, defendant's Motion to Dismiss (Doc. 13) is **MOOT**. Defendant's response to the second amended complaint shall be filed and served no later than **January 21, 2011**.

2. Plaintiffs' Motion for Extension of Time to File Motion for Class Certification (Doc. 31) is **GRANTED**. The parties shall propose an appropriate date for filing the motion in their forthcoming Case Management Report (which the parties indicate they intend to file today, although they may take until **January 7, 2011** if necessary, given the holidays and the

Court's delay in resolving some of the pending motions).

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record