UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT**

The named parties, by and through their undersigned counsel of record, hereby jointly move this Court for leave to extend the deadline for filing the Case Management Report through and including January 26, 2011. In support of this motion, the parties show the Court the following:

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 3.05(c), the parties have engaged in numerous discussions including at least four lengthy Rule 26(f) conferences for the purpose of preparing and filing a Case Management Report ("Report"). On December 15, 2010, the Court entered an order permitting the parties through January 7, 2011 to file the Report. (Dkt. # 32). The Court later extended that deadline through January 18, 2010. (Dkt. # 35).

2. The parties are continuing to work towards and have made progress in their attempts to reach a consensus regarding the form and content of the Report. The parties, however, continue to confer regarding the proper timing, scope, and phasing of discovery in this complex putative class action.

3. The parties have scheduled one additional Rule 26(f) conference for the week of January 18, 2011, and are confident that they will be able to come to an agreement in order to avoid the need to submit a Case Management Report containing alternative proposals regarding the proposed discovery and briefing schedule.

4. Therefore, the parties request one additional short extension of time to file the Report, through and including January 26, 2011, to allow time for the parties to confer as scheduled and complete their efforts to come to an agreement regarding key case management issues and potentially narrow the focus of initial discovery and/or the issues involved in this case.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending the deadline for filing the Case Management Report through and including January 26, 2011. A proposed Order is attached.

Respectfully submitted this 18th day of January, 2011.

***/s/ Paul S. Rothstein***
**Paul S. Rothstein, Esq.**
Florida Bar No.: 310123
626 N.E. First Street
Gainesville, Florida 32601
Telephone: (352) 376-7650
Facsimile: (352) 374-7133
Email: psr@rothsteinforjustice.com

***/s/ Cari K. Dawson***
**Cari K. Dawson (admitted *pro hac vice*)**
Georgia Bar No. 213490
**Kyle G.A. Wallace (admitted *pro hac vice*)**
Georgia Bar No. 734167
**Allison S. Thompson (admitted *pro hac vice*)**
Georgia Bar No. 779509

**John Piccin, Esq.**
Florida Bar No. 0194033
Piccin Law Firm
Post Office Box 159
Ocala, Florida 34478-0159
Telephone: (352) 351-5446
Facsimile: (352) 351-8057
Email: jp@piccinlawfirm.com

*Attorneys for Plaintiff*

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: cari.dawson@alston.com
Email: kyle.wallace@alston.com
Email: allison.thompson@alston.com

**John W. Weihmuller, Esq.**
Florida Bar No.: 0442577
**Brian D. Webb, Esq.**
Florida Bar No.: 0073989
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Email: jweihmuller@butlerpappas.com
Email: bwebb@butlerpappas.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,

Defendant.

Case No. 5:10-cv-194-TJC-GRJ

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the within and foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

Paul S. Rothstein, Esq.
paul.s.rothstein@att.biz
626 N.E. First St.
Gainesville, FL 32601

John Piccin, Esq.
jp@piccinlawfirm.com
Piccin Law Firm
Post Office Box 159
Ocala, FL 34478

This 18th of January, 2011.

/s/ Allison S. Thompson
ALLISON S. THOMPSON