UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Plaintiffs Metry Kelly and Eugenie Kelly, by and through their undersigned counsel, and hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    **A. Eugenie Kelly**

    **B. The Estate of Metry Kelly**[*]

---

[*] Plaintiff Metry Kelly has recently passed away and his estate will soon seek to be substituted as a named Plaintiff in this case.

- 2 -

    **C. Paul S. Rothstein, Esq.**

    **D. John Piccin, Esq.**

    **E. State Farm Mutual Automobile Insurance Company**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 26th day of January, 2011.

                                                                 /s/ Paul S. Rothstein
                                                                PAUL S. ROTHSTEIN

- 3 -

## CERTIFICATE OF SERVICE

I certify I presented the foregoing PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John W Weihmuller
weihmuller@butlerpappas.com
Brian D. Webb
bwebb@butlerpappas.com
Butler Pappas, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602-5723
813/281-1900
813/281-0900 (fax)

Cari K. Dawson
cari.dawson@alston.com
Kyle G.A. Wallace
kyle.wallace@alston.com
Allison S. Thompson
allison.thompson@alston.com
Alston & Bird, LLP
Suite 4200
1201 W Peachtree St NE
Atlanta, GA 30309-3424
404/881-7000
404/881-7777 (fax)

This 26th day of January, 2010.

            /s/ Paul S. Rothstein
            Paul S. Rothstein
            Attorney for Plaintiffs
            Florida Bar No.: 310123
            626 N. E. First Street
            Gainesville, Florida 32601
            Phone: (352) 376-7650
            Fax: (352) 374-7133