UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, State Farm Mutual Automobile Insurance Company ("State Farm"), and hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:

    **A. Eugenie Kelly**

- 2 -

    B. **The Estate of Metry Kelly**[*]

    C. **Paul S. Rothstein, Esq.**

    D. **John Piccin, Esq.**

    E. **State Farm Mutual Automobile Insurance Company**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 28th day of January, 2011.

---

[*] Defendant has been informed by Plaintiffs' counsel that Plaintiff Metry Kelly has recently passed away and that his estate may soon seek to be substituted as a named Plaintiff in this case.

      /s/ KYLE G.A. WALLACE
CARI K. DAWSON (admitted *pro hac vice*)
cari.dawson@alston.com
KYLE G. A. WALLACE (admitted *pro hac vice*)
kyle.wallace@alston.com
ALLISON S. THOMPSON (admitted *pro hac vice*)
allison.thompson@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
(404) 881-7777 (*Facsimile*)

JOHN W. WEIHMULLER, ESQ.
Florida Bar No. 0442577
jweihmuller@butlerpappas.com
BRIAN D. WEBB, ESQ.
Florida Bar No. 0073989
bwebb@butlerpappas.com

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (*Facsimile*)

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, )
his wife, and all others similarly situated, )
                                              )
        Plaintiffs,                           )
                                              )
vs.                                           )   Case No. 5:10-cv-194-TJC-GRJ
                                              )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a foreign )
insurance corporation,                        )
                                              )
        Defendant.                            )
                                              )

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

>   Paul S. Rothstein, Esq.
>   paul.s.rothstein@att.biz
>   626 N.E. First St.
>   Gainesville, FL 32601
>
>   John Piccin, Esq.
>   jp@piccinlawfirm.com
>   Piccin Law Firm
>   Post Office Box 159
>   Ocala, FL 34478

This 28th of January, 2011.

\- 5 -

/s/ Kyle G.A. Wallace
KYLE G.A. WALLACE