UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, <br><br> Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rules 3.01(c) and (d), Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its undersigned counsel of record, hereby moves this Court for leave to file a reply brief in further support of its motion to dismiss. State Farm requests this Court to grant it ten (10) pages within which to a short and concise reply to arguments made in Plaintiff's Response and Incorporated Memorandum of Law in Opposition to State Farm's Motion to Dismiss, which it shall file on or before the tenth (10th) day following any order from this Court granting State Farm's request to file a reply. In support of this motion, the parties show the Court the following:

1. Pursuant to this Court's Order of December 15, 2010 (Dkt. # 32), State Farm timely filed a Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and Incorporated Memorandum of Law on January 21, 2011. (*See* Dkt. # 38).

2. On February 4, 2011, Plaintiffs filed a Response and Incorporated Memorandum of Law in Opposition to the Motion to Dismiss. (*See* Dkt. # 42).

3. The instant case is an insurance dispute that Plaintiffs have filed as a putive class action. State Farm's motion to dismiss is a dispositive motion that addresses the merits of each of Plaintiffs' claims. State Farm respectfully states that a short reply brief is warranted in this case.

4. State Farm has not previously requested any extension of time or page limitation in connection with its motion to dismiss and incorporated memorandum of law.

5. Counsel for State Farm has conferred with counsel for Plaintiffs, pursuant to Local Rule 3.01(g), and counsel for Plaintiffs has indicated that they do not oppose the State Farm's request for permission to file a reply brief.

WHEREFORE, State Farm respectfully request that the Court enter an Order granting it ten (10) pages within which to reply to arguments made in Plaintiff's Response and Incorporated Memorandum of Law in Opposition to State Farm's Motion to Dismiss, which it shall file on or before the tenth (10th) day following any order from this Court granting State Farm's request to file a reply. A proposed Order is attached.

Respectfully submitted this 9th day of February, 2011.

*/s/ Kyle G.A. Wallace*
**Cari K. Dawson (admitted *pro hac vice*)**
Georgia Bar No. 213490
**Kyle G.A. Wallace (admitted *pro hac vice*)**
Georgia Bar No. 734167
**Allison S. Thompson (admitted *pro hac vice*)**
Georgia Bar No. 779509
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Email:  cari.dawson@alston.com
Email:  kyle.wallace@alston.com
Email:  allison.thompson@alston.com

**John W. Weihmuller, Esq.**
Florida Bar No.:  0442577
**Brian D. Webb, Esq.**
Florida Bar No.:  0073989
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida  33602
Telephone:     (813) 281-1900
Facsimile:      (813) 281-0900
Email: jweihmuller@butlerpappas.com
Email: bwebb@butlerpappas.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

Paul S. Rothstein, Esq.
paul.s.rothstein@att.biz
626 N.E. First St.
Gainesville, FL 32601

John Piccin, Esq.
jp@piccinlawfirm.com
Piccin Law Firm
Post Office Box 159
Ocala, FL 34478

This 9th day of February, 2011.

/s/ Kyle G.A. Wallace
ALLISON S. THOMPSON