UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, <br><br> Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**ORDER GRANTING DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

THIS CAUSE came before the Court upon Defendant State Farm Mutual Automobile Insurance Company's Unopposed Motion for Leave to File a Reply Brief in Further Support of Its Motion to Dismiss.  For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that State Farm shall be permitted ten (10) pages within which to reply to arguments made in Plaintiff's Response and Incorporated Memorandum of Law in Opposition to State Farm's Motion to Dismiss, which it shall file on or before the tenth (10th) day following the date of this Order.

**IT IS SO ORDERED**, this ___ day of _____, 2011.

_____
The Honorable Timothy J. Corrigan
Judge, United States District Court