UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 5:10-CV-00194-TJC-TEM |
| v. | ) ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(a)**

Plaintiffs Metry Kelly and Eugenie Kelly, on behalf of themselves and all others similarly situated, by and through their undersigned counsel and hereby moves this Court for an extension of time in which to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a), and in support of this motion state:

1. Plaintiff Metry Kelly has recently passed away. Plaintiff Eugenie Kelly is in the process of opening Metry Kelly's estate and having a personal representative appointed. When the estate is opened, Plaintiff Eugenie Kelly intends to move, pursuant to Fed. R. Civ. P. 25(a), to have the estate of Metry Kelly substituted for Metry Kelly as a named plaintiff in this case.

2. The Case Management Report filed by the parties lists February 21, 2011 as the deadline to amend the pleadings and add additional parties. To the extent that that deadline would affect Plaintiffs' ability to move pursuant to Fed. R. Civ. P. 25(a) to substitute the estate of

1

Metry Kelly for Metry Kelly as a named plaintiff, Plaintiffs request an extension of time to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a).

3.   Plaintiffs' counsel has conferred with counsel for Defendant State Farm Mutual Automobile Insurance Company, and Defendant is not opposed to this motion.[1]

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs an extension of time through March 14, 2011 in which to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a).

Respectfully submitted this 18th day of February, 2011.

   /s/ Paul S. Rothstein
PAUL S. ROTHSTEIN
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

---

[1] Defendant's non-opposition is limited to this specific motion for substitution of the estate of Metry Kelly for the late Metry Kelly as a named plaintiff in this case, and is being provided with the understanding that this motion does not seek to extend the deadline for adding parties or amending pleadings pursuant to Fed. R. Civ. P. 15.

**CERTIFICATE OF SERVICE**

      I certify I presented the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(a) to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John W Weihmuller  
weihmuller@butlerpappas.com  
Brian D. Webb  
bwebb@butlerpappas.com  
Butler Pappas, LLP  
Suite 500  
777 S Harbour Island Blvd  
Tampa, FL 33602-5723  
813/281-1900  
813/281-0900 (fax)  

Cari K. Dawson  
cari.dawson@alston.com  
Kyle G.A. Wallace  
kyle.wallace@alston.com  
Allison S. Thompson  
allison.thompson@alston.com  
Alston & Bird, LLP  
Suite 4200  
1201 W Peachtree St NE  
Atlanta, GA 30309-3424  
404/881-7000  
404/881-7777 (fax)  

      This 18th day of February, 2011.

                                              /s/ Paul S. Rothstein  
                                          Paul S. Rothstein