UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, a foreign  )<br>insurance corporation,  )<br>)<br>Defendant.  )<br>_____)  | Case No. 5:10-cv-194-TJC-GRJ<br><br>Dispositive Motion |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO MOTION TO DISMISS**

For the reasons stated below, Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its undersigned counsel, hereby opposes Plaintiffs' Motion for Leave to File a Surreply in Opposition to Motion to Dismiss:

1.      On January 21, 2011, pursuant to this Court's Order dated December 15, 2010 (Dkt. # 32) and M.D. Fla. Local Rule 3.01(a), State Farm filed a Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint and Incorporated Memorandum of Law in Support (Dkt. # 38), which argued, among other things, that Plaintiffs claims fail as a matter of law under the holding of *Martin v. St. Paul Fire & Marine Insurance, Co.*, 670 So. 2d 997 (Fla. 2d DCA 1996).  (Def.'s Mot. to Dismiss & Incorporated Mem. in Supp. at 10-14).

2. On February 4, 2011, Plaintiffs responded in opposition to State Farm's motion to dismiss (Dkt. # 42), acknowledging that *Martin* is a case "which [State Farm] relies on almost exclusively to support its contention that F.S. 627.727 does not apply to a specialty insurance policy issued on an antique automobile[.]" (Pls.' Resp. in Opp. at 7 n.4). Plaintiffs attempted to distinguish *Martin* from the allegations presented in their Second Amended Class Action Complaint, and argued extensively that "the *Martin* case does not defeat Plaintiffs' claims." (*Id.* at 9-12).

3. On February 9, 2011, State Farm filed an Unopposed Motion for Leave to File a Reply Brief in Further Support of Its Motion to Dismiss (Dkt. # 43), requesting permission to "reply to arguments made in Plaintiff's Response and Incorporated Memorandum of Law in Opposition to State Farm's Motion to Dismiss." (Def.'s Unopposed Mot. for Leave to File Reply at 1). This Court granted such request on February 10, 2011 (Dkt. # 44), and State Farm filed a short reply brief on February 21, 2011 (Dkt. #46), replying to Plaintiffs' arguments.

4. Contrary to Plaintiffs' assertion, (*see* Pls.' Mot. for Leave to File Surreply at 2), State Farm's reply brief did not raise any new issues in its reply brief. As noted above, State Farm argued that *Martin* constitutes controlling authority in its opening brief, and Plaintiffs responded to this argument in their response.

5. As the movant bringing a dispositive motion, it was entirely appropriate for State Farm to be provided the opportunity to file a short reply to Plaintiffs' specific arguments, and this should not prompt any additional back-and-forth briefing by the parties.

6. The relevant issues have been fully briefed by both sides to this dispute, and further briefing, including the requested surreply, is not necessary for this Court to render a decision on State Farm's motion to dismiss. *See Leviton Mfg., Co., Inc. v. Interline Brands, Inc.*, No. 3:05-cv-123, 2006 WL 2523137, at *3 (M.D. Fla. Aug. 30, 2006) ("[O]ne of the main reasons Leviton requests leave to file a sur-reply[] will not alter the Court's analysis. As such, the motion for leave to file a surreply is denied.").

7. The issues raised in State Farm's motion to dismiss have been exhaustively briefed by both parties and State Farm's motion to dismiss is ripe for decision by this Court. For the foregoing reasons, State Farm respectfully opposes Plaintiffs' request for leave to file an additional brief and requests this Court to take the motion to dismiss under consideration, and to dismiss this case with prejudice.

Respectfully submitted this 28th day of February, 2011.

/s/ Allison S. Thompson
CARI K. DAWSON (Admitted *pro hac vice*)
cari.dawson@alston.com
KYLE G.A. WALLACE (Admitted *pro hac vice*)
kyle.wallace@alston.com
ALLISON S. THOMPSON (Admitted *pro hac vice*)
allison.thompson@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
(404) 881-7777 (*Facsimile*)

JOHN W. WEIHMULLER, ESQ.
Florida Bar No. 0442577
jweihmuller@butlerpappas.com
BRIAN D. WEBB, ESQ.
Florida Bar No. 0073989

bwebb@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ & CRAIG LLP
777 S. Harbour Island Boulevard Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (*Facsimile*)

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>    Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

    John Piccin, Esq.
    jp@piccinlawfirm.com
    PICCIN LAW FIRM
    Post Office Box 159
    Ocala, FL 34478

    Paul S. Rothstein, Esq.
    paul.s.rothstein@att.biz
    626 N.E. First St.
    Gainesville, FL 32601

This 28th day of February, 2011.

                                                       /s/ Allison S. Thompson
                                                       ALLISON S. THOMPSON