UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | | |
|---|---|---|
| METRY KELLY and EUGENIE KELLY, | ) | |
| his wife, and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 5:10-CV-00194-TJC-TEM |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| insurance corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFFS' THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(a)**

Plaintiffs Metry Kelly and Eugenie Kelly, on behalf of themselves and all others similarly situated, by and through their undersigned counsel hereby move this Court for an extension of time in which to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a), and in support of this motion state:

1.      Plaintiff Metry Kelly has recently passed away.  Plaintiff Eugenie Kelly is in the process of opening Metry Kelly's estate and having a personal representative appointed.  When the estate is opened, Plaintiff Eugenie Kelly intends to move, pursuant to Fed. R. Civ. P. 25(a), to have the Estate of Metry Kelly substituted for Metry Kelly as a named plaintiff in this case.

2.      On March 14, 2011 this Court granted Plaintiffs' Second Unopposed Motion for An Extension of Time to File a Motion for Substitution Pursuant to Fed. R. Civ. P. 25(a), and gave Plaintiffs until April 14, 2011 to file a Motion for Substitution pursuant to Fed. R. Civ. P.

1

25(a).

3.     A conflict has arisen in the appointment of a personal representative for the estate of Metry Kelly, and Plaintiffs require an additional thirty (30) days from April 14, to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a).  Depending on the resolution of the conflict in the appointment of the personal representative, Plaintiffs may need to request additional time to file the Motion for Substitution.

4.     Plaintiffs' counsel has conferred with counsel for Defendant State Farm Mutual Automobile Insurance Company, and Defendant is not opposed to this motion.[1]

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting Plaintiffs an extension of time of thirty (30) days from April 14, 2011 in which to file a Motion for Substitution pursuant to Fed. R. Civ. P. 25(a).

Respectfully submitted this 31st day of March, 2011.

_____/s/ Paul S. Rothstein_____
PAUL S. ROTHSTEIN
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

---

[1]Defendant's non-opposition is limited to this specific motion for substitution of the estate of Metry Kelly for the late Metry Kelly as a named plaintiff in this case, and is being provided with the understanding that this motion does not seek to extend the deadline for adding parties or amending pleadings pursuant to Fed. R. Civ. P. 15.

## CERTIFICATE OF SERVICE

I certify I presented the foregoing PLAINTIFFS' THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(a) to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John W Weihmuller
weihmuller@butlerpappas.com
Brian D. Webb
bwebb@butlerpappas.com
Butler Pappas, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602-5723
813/281-1900
813/281-0900 (fax)

Cari K. Dawson
cari.dawson@alston.com
Kyle G.A. Wallace
kyle.wallace@alston.com
Allison S. Thompson
allison.thompson@alston.com
Alston & Bird, LLP
Suite 4200
1201 W Peachtree St NE
Atlanta, GA 30309-3424
404/881-7000
404/881-7777 (fax)

This 31st day of March, 2011.

_____/s/ Paul S. Rothstein_____
Paul S. Rothstein