UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, <br><br> Defendant. | Case No.: 5:10-CV-00194-TJC-TEM |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COME NOW, Plaintiffs METRY KELLY and EUGENIE KELLY, by and through their undersigned counsel, and hereby submits this notice of the following supplemental authority: *Simmons v. State Farm Ins. Co.*, 55 So.3d 636 (Fla. Dist. Ct. App. 2011) (attached as Exhibit A) and *Ruddy v. Carelli*, 54 So.3d 1055 (Fla. Dist. Ct. App. 2011) (attached as Exhibit B). The *Simmons* case is relevant because it supports Plaintiffs' position that they are entitled to stack the uninsured motorist coverage on the Corvette policy. *See generally* Plaintiff's Response and Incorporated Memorandum of Law in Opposition to Defendant State Farm's Motion to Dismiss, Doc. 42. The relevant portions of Simmons are: "stacking of coverage 'is a judicial creation, based on the common sense notion that an insured should be entitled to get what is paid for'" and "if an insured 'pays separate premiums for uninsured motorist protection on separate vehicles, the insured should get the benefit of coverage for each individual premium paid.'" *Simmons*, 55

1

So.3d at 637, *quoting United Services Automobile Ass'n v. Roth*, 744 So.2d 1227, 1229 (Fla. Dist. Ct. App. 1999).

The *Ruddy* case, which held that an insured may not be required to join the tortfeasor in an action for uninsured motorist benefits (*Ruddy*, 54 So.3d at 1056), is relevant as further evidence that uninsured motorist coverage may not be whittled away by exclusions or exceptions, as Plaintiffs have argued in their surreply to Defendant's motion to dismiss.  *See* Surreply, Doc. 52, p. 3 fn. 3.

Dated this 4th day of May, 2010.

                /s/ Paul S. Rothstein
              Paul S. Rothstein
              Attorney for Plaintiffs
              Florida Bar No.: 310123
              626 N. E. First Street
              Gainesville, Florida 32601
              Phone: (352) 376-7650
              Fax: (352) 374-7133
              psr@rothsteinforjustice.com

**CERTIFICATE OF SERVICE**

I certify I presented the foregoing to the Clerk of Court for filing and uploading to the EM/ECF system, which will send a Notice of Electronic Filing to the following:

John W Weihmuller
weihmuller@butlerpappas.com
Brian D. Webb
bwebb@butlerpappas.com
Butler Pappas, LLP
Suite 500
777 S Harbour Island Blvd
Tampa, FL 33602-5723
813/281-1900
813/281-0900 (fax)


Kyle G.A. Wallace
kyle.wallace@alston.com
Allison S. Thompson
allison.thompson@alston.com
Alston & Bird, LLP
Suite 4200
1201 W Peachtree St NE
Atlanta, GA 30309-3424
404/881-7000
404/881-7777 (fax)

Cari K. Dawson
cari.dawson@alston.com
Alston & Bird, LLP*
1201 W Peachtree St
Atlanta, GA 30309-3424
404/881-7766
404/881-7777 (fax)

This 4th day of May, 2010.


       /s/ Paul S. Rothstein
PAUL S. ROTHSTEIN