UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY,　)
his wife, and all others similarly situated,　)
　)
　　　Plaintiffs,　)
　)
vs.　)　Case No. 5:10-cv-194-TJC-GRJ
　)
STATE FARM MUTUAL AUTOMOBILE　)
INSURANCE COMPANY, a foreign　)
insurance corporation,　)
　)
　　　Defendant.　)
_____)

**DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF FILING
SUPPLEMENTAL AUTHORITY IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") submits this short response to Plaintiffs' Notice of Filing Supplemental Authority in Opposition to Defendant's Motion to Dismiss (Dkt. # 57).  Putting aside the question of whether Plaintiffs' unilaterally-filed notice – particularly the portions commenting on the relevance of the submitted authority – is consistent with Local Rule 3.01(c) (prohibiting additional briefing absent leave of Court), the supplemental authorities attached to Plaintiffs' Notice are wholly irrelevant to the issues presently before the Court.  State Farm moved to dismiss the Second Amended Class Action Complaint based upon a straightforward application of *Martin v. St. Paul Fire & Marine Insurance Co.*, 670 So. 2d 997 (Fla. 2d DCA 1996), which holds that "the requirements of section 627.727, Florida Statutes (Supp. 1992), . . . do not require a specialty insurance policy covering only an antique automobile with

restricted highway usage to provide uninsured motorist coverage for accidents not involving the antique." *Id.* at 998. Neither *Simmons v. State Farm Insurance Co.*, 55 So. 3d 636 (Fla. 5th DCA 2011), nor *Ruddy v. Carelli*, 54 So. 3d 1055 (Fla. 5th DCA 2011), address whether Fla. Stat. § 627.727 applies to a specialty antique automobile policy, and the issues addressed in those cases are not relevant here.

Respectfully submitted this 9th day of May, 2011.

|  | /s/ Allison S. Thompson |
|---|---|
| JOHN W. WEIHMULLER | CARI K. DAWSON |
| Fla. Bar No. 0442577 | Admitted *pro hac vice* |
| jweihmuller@butlerpappas.com | cari.dawson@alston.com |
| BRIAN D. WEBB | KYLE G.A. WALLACE |
| Fla. Bar No. 0073989 | Admitted *pro hac vice* |
| bwebb@butlerpappas.com | kyle.wallace@alston.com |
| BUTLER PAPPAS WEIHMULLER KATZ & | ALLISON S. THOMPSON |
| CRAIG LLP | Admitted *pro hac vice* |
| 777 S. Harbour Island Boulevard Suite 500 | allison.thompson@alston.com |
| Tampa, Florida 33602 | ALSTON & BIRD LLP |
| (813) 281-1900 | 1201 West Peachtree Street |
| (813) 281-0900 (*Facsimile*) | Atlanta, Georgia 30309 |
|  | (404) 881-7000 |
|  | (404) 881-7777 (*Facsimile*) |

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )     Case No. 5:10-cv-194-TJC-GRJ ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, | ) ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send automatic email notification to:

John Piccin, Esq.
jp@piccinlawfirm.com
PICCIN LAW FIRM
Post Office Box 159
Ocala, FL 34478

Paul S. Rothstein, Esq.
paul.s.rothstein@att.biz
626 N.E. First St.
Gainesville, FL 32601

This 9th day of May, 2011.

/s/ Allison S. Thompson
ALLISON S. THOMPSON