**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

METRY KELLY and EUGENIE KELLY,
his wife, and all others similarly
situated,

        Plaintiffs,

-vs-                                      Case No.  5:10-cv-194-Oc-32TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
insurance corporation,

        Defendant.
_____/

**ORDER AND NOTICE OF HEARING**

On January 21, 2011, Defendant State Farm Mutual Automobile Insurance Company ("State Farm") filed its Motion To Dismiss Plaintiffs' Second Amended Class Action Complaint (Doc. 38).  The parties have filed numerous papers directed to the Motion To Dismiss. (Docs. 42, 46, 52, 57, 58).  Now, State Farm has requested oral argument or the opportunity to file a further written response.

Upon due consideration, State Farm's Request For Oral Argument Or, Alternatively, For Leave To Respond To Plaintiffs' Surreply In Opposition To Motion To Dismiss (Doc. 54) is **GRANTED** to the extent that this case is hereby **SET** for oral argument on State Farm's Motion To Dismiss (Doc. 38) on **Friday, July 29, 2011 at**

**10:30 a.m.** in the Golden-Collum Memorial Federal Building & United States Courthouse, 207 N.W. Second Street, Ocala, Florida.[1]

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of May, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

Copies:

counsel of record

Jim Leanhart
Court Operations Supervisor, Ocala Division

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Order to Court Security Officers. Court Security Officers will advise the parties upon arrival as to the Courtroom number.