**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

METRY KELLY and EUGENIE
KELLY, his wife, and all others
similarly situated,

        Plaintiffs

vs.                                                          CASE NO. 5:10-cv-194-J-32TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
insurance company,

        Defendant.

_____/

**O R D E R**

    This matter is before the Court on Plaintiffs' Unopposed Motion for Substitution of
Party (Doc. #60, Motion), filed May 12, 2011.  In the Motion, Plaintiff Eugenie Kelly request
that she be substituted for Plaintiff Metry Kelly as a party in interest to the action (Doc. #60
at 1).  Plaintiff Metry Kelly died on November 28, 2010, and a Suggestion of Death was
contemporaneously filed with the Motion (Doc. #59).  In addition, Plaintiff Eugenie Kelly has
been appointed as the personal representative of her deceased husband's estate (*see* Doc.
#60-1, Order Admitting Will to Probate and Appointing Personal Representative).

    Thus, upon due consideration, it is hereby **ORDERED**:

    1.    Plaintiffs' Unopposed Motion for Substitution of Party (Doc. #60) is
**GRANTED**.

    2.    Eugenie Kelly is **SUBSTITUTED** for Metry Kelly as an interested party to the
action.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of May, 2011.

Copies to all counsel of record
            and *pro se* parties, if any

**THOMAS E. MORRIS**
United States Magistrate Judge

2