UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, his
wife, and all others similarly situated,

                      Plaintiffs,

-vs-                                              Case No.  5:10-cv-194-Oc-32TEM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
insurance corporation,

                      Defendant.
_____/

**NOTICE OF RESCHEDULING HEARING**

TAKE NOTICE that the hearing previously scheduled for Friday, July 29, 2011, is hereby **RESCHEDULED** for **Monday, June 27, 2011 at 10:30 a.m.** in the Golden-Collum Memorial Federal Building & United States Courthouse, 207 N.W. Second Street, Ocala, Florida.[1]

                                                      *D. DeNicola*
                                                  D. DeNicola, Deputy Clerk

Copies:

Counsel of Record

Jim Leanhart
Court Operations Supervisor, Ocala Division

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers.  Although cell phones, laptop computers, and similar electronic devices are not usually allowed in the building, counsel will be permitted to bring those items with them for purposes of this hearing upon presentation of a copy of this Notice to Court Security Officers. Court Security Officers will advise the parties upon arrival as to the Courtroom number.