UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

**MOTION FOR LEAVE TO FILE A SHORT REPLY BRIEF IN RESPONSE TO**
**<u>QUESTIONS OF THE COURT</u>**

Pursuant to Local Rules 3.01(c) and (d), Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its undersigned counsel of record, hereby moves this Court for leave to file a short reply to Plaintiffs' Memorandum in Response to Defendant's Brief in Response to Questions of the Court. In support of this motion, State Farm shows the Court the following:

1.   Pursuant to this Court's Order of June 30, 2011 (Dkt. # 66), State Farm timely filed a Brief in Response to Questions of the Court on September 19, 2011. (*See* Dkt. # 74).

2.   Plaintiffs filed a Memorandum in Response to Defendant's Brief in Response to Questions of the Court on October 26, 2011. (Dkt. # 77).

3. The Court's Order requested briefing on three specific questions. The parties are in agreement regarding the first question, that this Court has jurisdiction over this action. On the third question—whether Florida law applies to the Corvette Policy—State Farm disputes the characterization and arguments presented in Plaintiffs' brief, but notes that Plaintiffs concede the need for discovery and an evidentiary record to resolve the issue. (Pls.' Mem. in Resp. to Def.'s Br. (Dkt. #77) at 6).

4. State Farm seeks leave to file a short five (5) page reply brief to address Plaintiffs' arguments with respect to the Court's second question: "Whether the Court should first resolve the damages issue to determine if the Corvette Policy is even implicated before addressing whether the GMC Policy and Corvette Policy can be stacked." (Order (Dkt. # 66) at 4). Specifically, State Farm seeks the opportunity to respond first to Plaintiffs' argument that the damages issue is a standing issue that the Court should defer until class certification, and second to Plaintiffs' contentions concerning a purported claim that Ms. Kelly may have for declaratory/injunctive relief separate from a damages claim. State Farm respectfully submits that permitting a short five (5) page reply to address these issues will aid this Court in determing how best to exercise its discretion with respect to sequencing and scheduling the issues and proceedings in a manner that is just and efficient for both the parties and the Court.

5. Pursuant to Local Rule 3.01(g), counsel for State Farm has conferred with counsel for Plaintiffs, and counsel for Plaintiffs has indicated that they oppose the instant request.

WHEREFORE, State Farm respectfully requests that the Court enter an Order granting it five (5) pages within which to reply to arguments made in Plaintiffs' Memorandum in Response to Defendant's Brief in Response to Questions of the Court, which it shall file on or before the tenth (10th) day following any order from this Court granting State Farm's request to file a reply. A proposed Order is attached.

Respectfully submitted this 2nd day of November, 2011.

| | |
|---|---|
| | /s/ Cari K. Dawson |
| JOHN W. WEIHMULLER | CARI K. DAWSON* |
| Florida Bar No.: 0442577 | Georgia Bar No. 213490 |
| jweihmuller@butlerpappas.com | cari.dawson@alston.com |
| BRIAN D. WEBB | KYLE G.A. WALLACE* |
| Florida Bar No.: 0073989 | Georgia Bar No. 734167 |
| bwebb@butlerpappas.com | kyle.wallace@alston.com |
| | ALLISON S. THOMPSON* |
| BUTLER PAPPAS WEHMULLER KATZ CRAIG LLP | Georgia Bar No. 779509 |
| | allison.thompson@alston.com |
| 777 S. Harbour Island Boulevard | *Admitted pro hac vice |
| Suite 500 | |
| Tampa, Florida 33602 | ALSTON & BIRD LLP |
| (813) 281-1900 | 1201 West Peachtree Street |
| (813) 281-0900 – *Facsimile* | Atlanta, Georgia 30309-3424 |
| | (404) 881-7000 |
| | (404) 881-7777 – *Facsimile* |

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, )
his wife, and all others similarly situated, )
)
    Plaintiffs, )
)
vs. ) Case No. 5:10-cv-194-TJC-GRJ
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a foreign )
insurance corporation, )
)
    Defendant. )
)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing **MOTION FOR LEAVE TO FILE A SHORT REPLY IN RESPONSE TO QUESTIONS OF THE COURT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to:

| | |
|---|---|
| Paul S. Rothstein, Esq. | John Piccin, Esq. |
| psr@rothsteinforjustice.com | jp@piccinlawfirm.com |
| 626 N.E. First St. | Piccin Law Firm |
| Gainesville, FL 32601 | Post Office Box 159 |
| | Ocala, FL 34478 |

This 2nd day of November, 2011.

                                            /s/ Allison S. Thompson
                                            ALLISON S. THOMPSON