UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| METRY KELLY and EUGENIE KELLY, his wife, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation,<br><br>Defendant. | Case No. 5:10-cv-194-TJC-GRJ |

## ORDER

THIS CAUSE came before the Court upon Defendant State Farm Mutual Automobile Insurance Company's Motion for Leave to File a Short Reply Brief in Response to Questions of the Court. For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that State Farm shall have five (5) pages within which to reply to arguments made in Plaintiffs' Memorandum in Response to Defendant's Brief in Response to Question of the Court, which it shall file on or before the tenth (10th) day following the date of this Order.

**IT IS SO ORDERED**, this ___ day of _____, 2011.

_____
The Honorable Timothy J. Corrigan
Judge, United States District Court