UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

METRY KELLY and EUGENIE KELLY, his
wife, and all others similarly situated,

     Plaintiffs,

v.                                                                Case No.  5:10-cv-194-Oc-10TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
insurance corporation,

     Defendant.

_____/

ORDER

     Pending before the Court is Plaintiffs' Unopposed Motion for Leave to File

Plaintiffs' Fourth Amended Class Action Complaint (Doc. 84) and Defendant's Motion

for a More Definite Statement as to Plaintiffs' Third Amended Class Action Complaint

(Doc. 86).  Plaintiffs seek leave to file a Fourth Amended Class Amended Complaint

to clarify the nature of the damages they seek in this action.  Defendant has no

objection.

     Upon due consideration, it is ORDERED:

     1.     Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' Fourth Amended

Class Action Complaint (Doc. 84) is GRANTED.  Within five (5) days of the rendition

of this Order, Plaintiffs shall file the Fourth Amended Class Action Complaint as a

separate docket entry.  Within twenty (20) days thereafter, Defendant shall file a

response to Counts I, II and III of the Fourth Amended Class Action Complaint.

 2.      Defendant's Motion for a More Definite Statement as to Plaintiffs' Third Amended Class Action Complaint (Doc. 86) is DENIED as moot.

DONE AND ORDERED in Ocala, Florida, on May 1, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel